CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:26-cr-00165-JST |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| RICHARD ROMANO, | |
| Defendant. | |

On April 9, 2026, defendant Richard Romano was charged by Indictment with Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1).

This matter came before the Court on May 15, 2026, for a detention hearing. The defendant was present and represented by Assistant Public Defender Gabriela Bischof. Assistant United States Attorney Andrew Paulson appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: (1) the defendant has a significant number of prior convictions, including four prior convictions for illegally possessing firearms and/or ammunition, (2) the defendant was involved in a shooting on July 13, 2024, during which he fired a gun and an individual died, (3) less than a month after that shooting, on August 6, 2024, the defendant possessed another firearm and subsequently pleaded guilty to illegally possessing it, (4) on January 7, 2026, the defendant possessed another firearm and ammunition, and (5) the defendant has a history of failing to follow court-imposed conditions of release, as evidence by his two prior convictions for violations of his state probation and his conviction for his August 6, 2024 possession of a firearm, which occurred while he was on pretrial release for a case pending in Alameda County Superior Court. This finding is made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 18, 2026

_____
HONORABLE AJAY KRISHNAN
United States Magistrate Judge